**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LIVENGOOD, DOUGLAS LYLE    § Case No. 13-82153
       LIVENGOOD, CORNELIA ROSE   §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $63,262.12              Assets Exempt: $11,245.54
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $2,250.00    Claims Discharged
                                                 Without Payment: $58,571.27

   Total Expenses of Administration: $2,750.00

   3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $52,016.58 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,580.50 | 2,750.00 | 2,750.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,679.43 | 21,095.19 | 21,095.19 | 2,250.00 |
| **TOTAL DISBURSEMENTS** | $111,696.01 | $24,675.69 | $23,845.19 | $5,000.00 |

4) This case was originally filed under Chapter 7 on June 13, 2013. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2014         By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1 Undeveloped Lot (54 MTC 1491A) | 1110-000 | 2,500.00 |
| 2 Undeveloped Lots 54 MTC 1503 | 1110-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Milledgeville State Bank | 4110-000 | 4,637.00 | N/A | N/A | 0.00 |
| NOTFILED | The National Bank | 4110-000 | 47,379.58 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$52,016.58** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,330.50 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,580.50** | **$2,750.00** | **$2,750.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,877.95 | 9,274.97 | 9,274.97 | 989.26 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 116.17 | 223.74 | 223.74 | 23.86 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 10,617.59 | 8,834.29 | 8,834.29 | 942.26 |
| 4 | Capital One, N.A. | 7100-000 | unknown | 2,196.69 | 2,196.69 | 234.30 |
| 5 | Allied Business Accounts Inc. | 7100-000 | 341.64 | 565.50 | 565.50 | 60.32 |
| NOTFILED | Kohl's Payment Center | 7100-000 | 2,007.62 | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 1,988.06 | N/A | N/A | 0.00 |
| NOTFILED | United Consumer Financial | 7100-000 | 840.75 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JC Christensen & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital | 7100-000 | 565.50 | N/A | N/A | 0.00 |
| NOTFILED | Shell | 7100-000 | 405.07 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 113.32 | N/A | N/A | 0.00 |
| NOTFILED | FHN | 7100-000 | 22,586.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Citibank | 7100-000 | 10,420.02 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobile | 7100-000 | 798.88 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$59,679.43** | **$21,095.19** | **$21,095.19** | **$2,250.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82153  
**Case Name:** LIVENGOOD, DOUGLAS LYLE  
LIVENGOOD, CORNELIA ROSE  
**Period Ending:** 05/16/14

**Trustee:**    (330410)    STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 06/13/13 (f)  
**§341(a) Meeting Date:** 07/18/13  
**Claims Bar Date:** 11/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 807 N. Jefferson Street, Mt. Carroll, IL | 53,988.00 | 0.00 | | 0.00 | FA |
| 2 | 1 Undeveloped Lot (54 MTC 1491A)<br>   The value for the 3 undeveloped lots as listed on Schedule A is now the value for 1 undeveloped lot. See Amended Schedule A filed September 5, 2013. See Order to Sell Real Estate entered January 8, 2014. | 6,549.00 | 6,549.00 | | 2,500.00 | FA |
| 3 | Cash | 72.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account (#1844) with Milledgeville Stat | 370.12 | 0.00 | | 0.00 | FA |
| 5 | Household Goods & Furniture | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Used Computer | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Tools, Lawn Equipment | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Books, Pictures | 5.00 | 0.00 | | 0.00 | FA |
| 9 | Used Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding Rings | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Camera | 30.00 | 0.00 | | 0.00 | FA |
| 13 | 2005 Buick Park Avenue with 103,000 miles in goo | 6,697.00 | 0.00 | | 0.00 | FA |
| 14 | 1996 Chevrolet Cavalier with 113,000 miles in po | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1 Cat | 50.00 | 0.00 | | 0.00 | FA |
| 16 | 2 Undeveloped Lots 54 MTC 1503<br>   See Amended Schedule A filed September 5, 2013. See Order to Sell Real Estate entered January 8, 2014. | 7,674.00 | 7,674.00 | | 2,500.00 | FA |
| 16 | **Assets**    Totals (Excluding unknown values) | **$77,485.12** | **$14,223.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82153
**Case Name:** LIVENGOOD, DOUGLAS LYLE
LIVENGOOD, CORNELIA ROSE
**Period Ending:** 05/16/14

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 06/13/13 (f)
**§341(a) Meeting Date:** 07/18/13
**Claims Bar Date:** 11/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 1, 2014        **Current Projected Date Of Final Report (TFR):** January 15, 2014  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-82153 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | LIVENGOOD, DOUGLAS LYLE | | **Bank Name:** | Rabobank, N.A. |
| | LIVENGOOD, CORNELIA ROSE | | **Account:** | ******9466 - Checking Account |
| **Taxpayer ID #:** | **-***2770 | | **Blanket Bond:** | $736,000.00   (per case limit) |
| **Period Ending:** | 05/16/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/14 | | Douglas Livengood | Bankruptcy Estate's interest in two (2) vacant parcels of real estate | | 5,000.00 | | 5,000.00 |
| | {2} | | See Order to Sell Real Estate entered January 8, 2014.    2,500.00 | 1110-000 | | | 5,000.00 |
| | {16} | | See Order to Sell Real Estate entered January 8, 2014.    2,500.00 | 1110-000 | | | 5,000.00 |
| 02/25/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,500.00 | 3,500.00 |
| 02/25/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 2,250.00 |
| 02/25/14 | 103 | Discover Bank | Dividend paid 10.66% on $9,274.97; Claim# 1; Filed: $9,274.97; Reference: | 7100-000 | | 989.26 | 1,260.74 |
| 02/25/14 | 104 | Quantum3 Group LLC as agent for | Dividend paid 10.66% on $223.74; Claim# 2; Filed: $223.74; Reference: | 7100-000 | | 23.86 | 1,236.88 |
| 02/25/14 | 105 | Capital One Bank (USA), N.A. | Dividend paid 10.66% on $8,834.29; Claim# 3; Filed: $8,834.29; Reference: | 7100-000 | | 942.26 | 294.62 |
| 02/25/14 | 106 | Capital One, N.A. | Dividend paid 10.66% on $2,196.69; Claim# 4; Filed: $2,196.69; Reference: | 7100-000 | | 234.30 | 60.32 |
| 02/25/14 | 107 | Allied Business Accounts Inc. | Dividend paid 10.66% on $565.50; Claim# 5; Filed: $565.50; Reference: | 7100-000 | | 60.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******9466** | | 5,000.00 | 5,000.00 | 0.00 |
| | | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)

Printed: 05/16/2014 04:09 PM    V.13.15